IN THE UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF MICHIGAN

DEAN ANSEL, an Individual

      Plaintiff,

vs.

ERIE TOWNSHIP,

      Defendant.

Case No. 2:22-cv-11135-PDB-JJCG
Hon. Paul D. Borman

_____/

| **ERIC I. FRANKIE (P47232)** | **DAVID B. LANDRY (P32055)** |
|---|---|
| Attorney for Plaintiff | Landry, Mazzeo & Dembinski, PC |
| 535 Griswold St. Suite 111-542 | Attorney for Defendant |
| Detroit, Michigan 48226 | 37000 Grand River Ave. |
| (248) 219-9205 | Farmington Hills, Michigan 48335 |
| ericfrankie26@yahoo.com | (248) 476-6900 |
|  | dlandry@lmdlaw.com |

_____/

**STIPULATED ORDER TO COMPEL DEPOSITIONS OF PAUL PERRY AND DAVE MEYER AND TO SET DUE DATE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      WHEREAS Defendant filed its Motion for Summary Judgment on July 5, 2023 (Dkt. No. 15) but Plaintiff still has to take the depositions of Defendant's witnesses Paul Perry and Dave Meyer;

      WHEREAS the parties will schedule the depositions of Paul Perry and Dave Meyer for the month of July, 2023;

WHEREAS it is necessary for Plaintiff to adequately respond to Defendant's Motion for Summary Judgment to have the Paul Perry and Dave Meyer depositions completed;

**IT IS HEREBY ORDERED** that the parties agree that Plaintiff will have twenty-one (21) days from the date of completion of the Paul Perry and Dave Meyer depositions to file a response to Defendant's Motion for Summary Judgment; and

**IT IS FURTHER ORDERED** that the parties shall notify the Court of the date of completion of Paul Perry and Dave Meyer's depositions so that the due date for Plaintiff's response to Defendant's Motion for Summary Judgment can be docketed.

The remaining provisions of the Initial Civil Case Management and any other Scheduling Orders, not in conflict with this Order, remain in full force and effect.

                                          **IT IS SO ORDERED**

                                          s/Paul D. Borman  
                                          United States District Judge

**Dated: July 10, 2023**

I Stipulate to this Order:


By: __/s/Eric I. Frankie_____
     Eric I. Frankie (P47232)
     Attorney for Plaintiff


By: _/s/David B. Landry_____
     David B. Landry (P32055)
     Attorney for Defendant